# GOOD ROAD RECOVERY CENTER

1308 Elbowoods Lane, Bismarck, ND  58503

Date: 12/22/22

Mark Meyer, Attorney

RE: Montessa Packineau
YOB: 1999

To Whom It May Concern:

This letter is to inform you that the above-named individual completed a drug and alcohol evaluation on 12/22/22. Ms. Packineau does meet criteria for a substance use diagnosis.

It is recommended Ms. Packineau participate in Level 2.5 Partial Hospitalization Programming while residing in a Sober Living Facility.

If you have any further questions or need any additional information, please contact me at jbartsch@goodroadrecovery.com

Sincerely,
Jennifer Bartsch, M.Ed/LMAC/LADC

Good Road Recovery Center
1308 Elbowoods Lane
Bismarck, ND 58503
jbartsch@goodroadrecovery.com

> This information has been disclosed to you from records whose confidentiality is protected by federal law. Federal regulations (42-CFR Part 2) prohibits you from making any further disclosure of it without the specified written consent of the person whom it pertains or as otherwise permitted by such regulations. A general authorization for release of information is NOT sufficient for this purpose.

---

Dr. Joy Froelich, Director     www.goodroadrecovery.com     Phone: 701-751-8260   Fax: 701-751-2274



EXHIBIT A