# A.I.R. RECOVERY AND REHAB



ISAIAH@ALLOFUSINRECOVERY.COM



701.720.2627

ADDRESS
408 1ST ST NW, MINOT ND 58703



# Montessa Packineau

To the authority of Burleigh County Court,

We are pleased to announce that Montessa Packineau has been accepted into the A.I.R. Recovery & Rehab (AIR R&R) group home in Minot ND. Montessa may admit into our facility if and when approved by the Court. At this time, we have placed her on our waiting list. Ideally, we would appreciate a transport to our facility, if possible, by Burleigh County Court or MHA Recovery Team.

We are not a treatment facility. AIR R&R is a sober-living group home for women-only that administers spontaneous and regular drug and alcohol testing. Montessa is expected to sign an agreement with A.I.R Recovery and Rehab, specific to her needs. Staff are committed to working with her to ensure a successful completion of the program.

Residents are expected to attend support classes and group recovery meetings. They may also choose to participate in church services throughout the week as an alternative avenue of recovery. We work with residents to help them secure employment, participate in treatment, maintain employment, and obtain any educational benefits that are needed—such as a GED or college education.

We hope that Montessa is able to benefit from our program. If you have any questions regarding this letter, please feel free to contact us by phone or email. Thank you!

Sincerely,

Isaiah Keller
A.I.R. Recovery and Rehab

EXHIBIT B