

900 N. Broadway Minot, ND 58703
(701)537-4191

January 17th, 2023

Meyer Law Firm
205 Seventh St. N.
Wahpeton, ND 58074
Attn: Mark Meyer

Mark,

This letter is in regard to your client Montessa J. Packineau. I have received the letter of recommendation from Good Road Recovery Center that states Montessa is appropriate for ASAM Level 2.5 Partial Hospitalization Alcohol and Drug Treatment. Faa Addiction Services provides this level of care and is currently able to admit Montessa into services if she is deemed appropriate.

    In order to establish services with our agency Montessa would be required to present for an Alcohol and Drug evaluation with Faa Addiction Services. This evaluation can be scheduled at any time. We accept most insurances and are able to assist clients without valid insurance to apply for the SUD (substance use disorder) voucher. This voucher will pay for the evaluation and treatment services if the client is approved.

    With Montessa being involved in a federal case an ROI would need to be signed in order to notify the court of the completion of the evaluation and recommendations made.

Sincerely,

*Bridget Sherwood* LAC

Bridget Sherwood, BS LAC
Licensed Addiction Counselor

EXHIBIT C

Web: faaaddictionservices.com          Facebook: @faaaddictionservices