IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:22-cr-134 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S SENTENCING** |
| | ) | **MEMORANDUM** |
| MONTESSA JOY PACKINEAU, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Montessa Joy Packineau, for her Sentencing Memorandum, states to the Court that she has no objections to the Presentence Investigation Report.

Dated this 13th day of November, 2023.

_____
Mark A. Meyer
Attorney for Defendant
ND Atty. Reg. No. 04966
205 North 7th Street
P.O. Box 216
Wahpeton, ND 58074-0216
(701) 642-1660
(701) 642-2061 (fax)
markameyer@702com.net

1

## CERTIFICATE OF SERVICE

Mark A. Meyer, Attorney for Defendant Montessa Joy Packineau, hereby certifies that on November 13, 2023, the following document:

1. Defendant's Sentencing Memorandum

was served upon:

Rick L. Volk
Assistant U.S. Attorney
rick.volk@usdoj.gov

by filing electronically.

_____
Mark A. Meyer
Attorney for Defendant