IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTESSA JOY PACKINEAU,<br><br>Defendant. | Case No. 1:22-cr-134-03<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Rick L. Volk, Assistant United States Attorney, has no objections or corrections to the Pre-Sentence Investigation Report in this case.

As the Court deferred acceptance of Ms. Packineau's guilty plea at the change of plea hearing, the United States requests the Court accept that guilty plea prior to imposing sentence.

Dated this 14th day of November, 2023.

                                  MAC SCHNEIDER
                                United States Attorney

By:   */s/ Rick L. Volk*
       RICK L. VOLK
       Assistant United States Attorney
       P. O. Box 699
       Bismarck, ND  58502-0699
       (701) 530-2420
       N.D. Bar Board ID No. 04913
       Attorney for United States