PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

**for**

## DISTRICT OF NORTH DAKOTA

## Amended Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision: Montessa Joy Packineau Case Number: 0868 1:22CR00134

Name of Sentencing Judicial Officer: Daniel M. Traynor, U.S. District Court Judge

Date of Original Sentence: November 21, 2023

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Original Sentence: 18 months imprisonment followed by 5 years supervised release

Type of Supervision: TSR Date Supervision Commenced: 8/8/2024

Asst. U.S. Attorney: Rick L. Volk Defense Attorney: Mark A. Meyer

---

**PETITIONING THE COURT**

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **On or about January 7, 2026, Ms. Packineau admitted to using fentanyl and methamphetamine on multiple occasions over the past two months.** This is believed to be in violation of Mandatory Condition #3, which states you must refrain from any unlawful use of a controlled substance. |
| 2. | **Ms. Packineau has had ongoing contact with known felons and active drug users.** This is believed to be in violation of Standard Condition #8, which states you must not communicate or interact with someone you know is engaged in criminal activity. |
| 3. | **On or about January 5, 2026, Ms. Packineau was arrested and charged with Hindering law enforcement (Misdemeanor) and Possession of Drug Paraphernalia** |

**(Felony). The charge for Possession of Drug Paraphernalia was dismissed.** This is believed to be in violation of Mandatory Condition #1, which states you must not commit another federal, state or local crime.

U.S. Probation Officer Recommendation: Ms. Packineau is already in custody and has been ordered detained pending the final revocation. This amended petition is to correct the year (2025 to 2026) in allegations 1 and 3. As such no further action is requested.

☒ The term of supervision should be:

- ☒ Revoked.
- ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2026

/s/ Jeff Frankeberger
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☒ No Action. Reviewed and approved.

☐ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

Signature of Judicial Officer

January 14, 2026

Date