# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Montessa Joy Packineau, | ) | Case No. 1:22-cr-00134 |
| | ) | |
| Defendant. | ) | |

On January 23, 2026, the court issued an order conditionally releasing Defendant to Good Road Recovery in Bismarck, North Dakota, subject to acceptance into residential treatment and bed availability. (Doc. No. 515). On January 27, 2026, the United States Marshal advised the court that Defendant was not transported by Good Road Recovery staff to the facility as anticipated on January 26, 2026.

As Defendant was unable to be transported as anticipated on January 26, 2026, the Order Modifying Conditions of Release (Doc. No. 515) is hereby **VACATED** and Defendant shall remain in the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated this 27th day of January, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court