PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

**for**

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision: Montessa Joy Packineau Case Number: 0868 1:22CR00134

Name of Sentencing Judicial Officer: Daniel M. Traynor, U.S. District Court Judge

Date of Original Sentence: November 21, 2023

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Original Sentence: 18 months imprisonment followed by 5 years supervised release

Type of Supervision: TSR Date Supervision Commenced: 8/8/2024

Asst. U.S. Attorney: Rick L. Volk Defense Attorney: Mark A. Meyer

---

**PETITIONING THE COURT**

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **On or about August 30, 2026, Ms. Packineau was arrested by the Mandan Police Department and charged with Unlawful Possession of Drug Paraphernalia.** This is believed to be in violation of Mandatory Condition #1, which states you must not commit another federal, state or local crime. |
| 2. | **On or about August 29, 2026, Ms. Packineau was unsuccessfully discharged from Blessed Builders sober living.** This is believed to be in violation of Special Condition #7, which states you must participate in a program aimed at addressing specific interpersonal or social areas at the direction of your supervising probation officer. |
| 3. | **On or about January 7, 2026, Ms. Packineau admitted to using fentanyl and** |

**methamphetamine on multiple occasions over the past two months.** This is believed to be in violation of Mandatory Condition #3, which states you must refrain from any unlawful use of a controlled substance.

4. **Ms. Packineau has had ongoing contact with known felons and active drug users.** This is believed to be in violation of Standard Condition #8, which states you must not communicate or interact with someone you know is engaged in criminal activity.

5. **On or about January 5, 2026, Ms. Packineau was arrested and charged with Hindering law enforcement (Misdemeanor) and Possession of Drug Paraphernalia (Felony). The charge for Possession of Drug Paraphernalia was dismissed. She later pled guilty to Hindering Law Enforcement and was sentenced to one day.** This is believed to be in violation of Mandatory Condition #1, which states you must not commit another federal, state or local crime.

U.S. Probation Officer Recommendation: It is respectfully requested that a warrant be issued for the defendant and that hearings be held to determine if she has violated the terms of her supervision.

☒ The term of supervision should be:

☒ Revoked.

☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2026

/s/ Jeff Frankeberger
Supervisory U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

[signature]
Signature of Judicial Officer

August 31, 2026
Date